JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BORZIN KHADIVI and SAMIRA KASRAVI,<br><br>            Plaintiffs,<br><br>      v.<br><br>ALLSTATE INSURANCE COMPANY, a Corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 8:20-cv-00675-JVS-JDE<br><br>The Hon. James V. Selna<br>Courtroom 10C<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE** |

Upon review of the Joint Stipulation for Dismissal with Prejudice under Federal Rule of Civil Procedure Rule 41, and good cause appearing:

IT IS HEREBY ORDERED that plaintiffs' complaint shall be dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 7/22/20

                                             James V. Selna
                                      United States District Judge